**Electronically Filed
Supreme Court
SCWC-30700
22-JUL-2014
09:50 AM**

SCWC-30700

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

GERARDO DENNIS PATRICKSON; RODOLFO BERMUNDEZ ARIAS;
BENIGNO TORRES HERNANDEZ; FERNANDO JIMENEZ ARIAS; MELGAR
OLIMPIO MORENO; SANTOS LEANDROS; HERMAN ROMERO AGUILAR; ELIAS
ESPINOZA MERELO; HOOKER ERA CELESTINO; ALIRIO MANUEL MENDEZ
and CARLOS HUMBER RIVERA, individually and on behalf of
others similarly situated, Petitioners/Plaintiffs-Appellants,

vs.

DOLE FOOD COMPANY, INC.; DOLE FRESH FRUIT COMPANY; DOLE FRESH
FRUIT INTERNATIONAL, INC.; PINEAPPLE GROWERS ASSOCIATION OF
HAWAII; AMVAC CHEMICAL CORPORATION; SHELL OIL COMPANY; DOW
CHEMICAL COMPANY; and OCCIDENTAL CHEMICAL CORPORATION,
(individually and as successor to Occidental Chemical Company and
Occidental Chemical Agricultural Products, Inc., Hooker Chemical
and Plastics, Occidental Chemical Company of Texas and Best
Fertilizer Company); STANDARD FRUIT COMPANY; STANDARD FRUIT AND
STEAMSHIP COMPANY; STANDARD FRUIT COMPANY DE COSTA RICA, S.A.;
STANDARD FRUIT COMPANY DE HONDURAS, S.A.; CHIQUITA BRANDS INC.;
CHIQUITA BRANDS INTERNATIONAL, INC., (individually and as
successor in interest to United Brands Company, Inc.); MARITROP
TRADING CORPORATION; DEL MONTE FRESH PRODUCE N.A., INC.
(incorrectly named as Del Monte Fresh Produce N.A.); DEL MONTE
FRESH PRODUCE COMPANY; DEL MONTE FRESH PRODUCE (HAWAII) INC.,
(incorrectly named as Del Monte Fresh Produce Hawaii, Inc.); DEL
MONTE FRESH PRODUCE COMPANY and FRESH DEL MONTE N.V.,
Respondents/Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
and DOE CORPORATIONS 1-10, Defendants.

DOLE FOOD COMPANY, INC., Defendant/Third-Party Plaintiff-Appellees, vs. DEAD SEA BROMINE CO., LTD and BROMINE COMPOUNDS LIMITED, Third-Party Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30700; CIV. NO. 07-1-0047)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellants Gerardo Dennis Patrickson; Rodolfo Bermundez Arias; Benigno Torres Hernandez; Fernando Jimenez Arias; Melgar Olimpio Moreno; Santos Leandros; Herman Romero Aguilar; Elias Espinoza Merelo; Hooker Era Celestino; Alirio Manuel Mendez; and Carlos Humber Rivera, individually and on behalf of others similarly situated's Application for Writ of Certiorari, filed on June 9, 2014, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, July 22, 2014.

Sean M. Lyons and
Scott M. Hendler
(admitted pro hac vice)
for petitioners

Sidney K. Ayabe,
Calvin E. Young, and
Steven L. Goto, and
Michael L. Brem
(admitted pro hac vice)
for respondent The Dow
Chemical Company

Melvyn M. Miyagi,
Ross T. Shinyama, and
Angela T. Thompson, and
Andrea E. Neuman
(admitted pro hac vice)
for respondents
Dole Food Company, Inc.;
Dole Fresh Fruit Company;
Standard Fruit Company;
and Standard Fresh Fruit

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



and Steamship Company